No. 90–7734. CURIALE v. ALASKA, 500 U. S. 945. Petitions for rehearing denied.

No. 90–7503. SZOKE v. MINNESOTA MINING & MANUFACTURING CO., INC., 500 U. S. 929. Petition for rehearing denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

JUNE 30, 1991

No. A–4. HOPKINS, WARDEN, ET AL. v. OTEY. Application for an order to vacate the temporary stay of execution of sentence of death entered by the United States Court of Appeals for the Eighth Circuit, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied. JUSTICE SCALIA took no part in the consideration or decision of this application.

JULY 1, 1991

No. A–4. HOPKINS, WARDEN, ET AL. v. OTEY. Motion for reconsideration of order of June 30, 1991 [ante this page], denied.

JULY 12, 1991

No. 90–1165. NATIONAL LABOR RELATIONS BOARD v. NABORS TRAILERS, INC., NKA STEEGO TRANSPORTATION EQUIPMENT CENTERS, INC. C. A. 5th Cir. [Certiorari granted, 500 U. S. 903.] Writ of certiorari dismissed under this Court's Rule 46.

JULY 21, 1991

No. 91–5193 (A–66). JONES v. WHITLEY, WARDEN. Sup. Ct. La. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153,